Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BWP Media USA Inc. d/b/a Pacific Coast News,

                                             Plaintiff,

-against-

Gannett Satellite Information Network, LLC
d/b/a Gannett Media Technologies International,
Inc.,

                                            Defendant.
---------------------------------------------------------------X

Case No. 1:16-cv-06898-DLC

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs, BWP Media USA Inc. d/b/a Pacific Coast News ("Plaintiff"), and defendant, Gannett Satellite Information Network, LLC d/b/a Gannett Media Technologies International, Inc. ("Defendant"), that all claims asserted by Plaintiff against Defendant in the above-captioned action are dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 25 2017

SANDERS LAW, PLLC

By: _____
Craig B. Sanders (CS4163)
(csanders@sanderslawpllc.com)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.:  (516) 203-7600

*Counsel for Plaintiff*

Pepper Hamilton LLP

By: _____
David S. Bralow
(bralowd@pepperlaw.com)
620 Eighth Avenue
37th Floor
New York, NY 10018
Tel.:  (212) 808-2710

*Counsel for Defendant*

So ordered,
[signature]
4/26/17

1

So Ordered this ___ day of April 2017
New York, New York

_____
The Honorable Denise L. Cote
United States District Judge          JS